UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,  :   Criminal No. 12-116-01 (ES)

-vs-                       :

EDWIN RODRIGUEZ,           :   O R D E R

Defendant,                 :

The conditions of supervised release have been modified to include the following condition.

*The Probation Office shall arrange counseling for the defendant.*

11/9/17
Date

ESTHER SALAS, U.S.D.J.